UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                            +

                                 +        Case No. 22-31671

CHERITA TARVER          +

      Debtor                    +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents BMB PROPERTY MANAGEMENT, landlord, in this cause and requests notice.

                                                      **Respectfully submitted,**

                                                      **/s/   Larry Darby**
                                                      **Larry E. Darby (DAR009)**
                                                      **Attorney for Creditor**
                                                      **Darby Law Firm, LLC**
                                                      **Post Office Box 3905**
                                                      **Montgomery, Alabama 36109**
                                                      **Tel 334.356.3593 Fax 334.356.6392**
                                                      **Bankruptcy@AlabamaEvictions.com**

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Chris Stanfield, Esq. | Sabrina L. McKinney, Trustee |
| Attorney for Debtor | PO Box 173 |
| 6336 Woodmere Blvd | Montgomery, AL 36101 |
| Montgomery, Al 36117 | trustee_office@ch13mdal.com |
| Chris.stanfield@brockandstoutlaw.com | |
| | **/s/   Larry Darby** |
| | **Larry E. Darby** |