**The relief described hereinbelow is SO ORDERED**

**Done this 26th of October, 2022**



**Christopher L. Hawkins**
**United States Bankruptcy**
**Judge**

---

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA
### MONTGOMERY DIVISION

**IN RE:**

**CHERITA TARVER**                          **Case No.        22-31671**

     **Debtor(s).**

### Order Granting Relief from Automatic Stay

     This matter having come before this Court for consideration of the Motion for Relief from Automatic Stay filed on behalf of Prestige Financial Services, Inc., "Prestige Financial", and after consideration of the Motion and the representations of the Parties that Debtor(s) do not object to the granting of the Motion;

     IT IS ORDERED that the Motion be and is hereby GRANTED.  Prestige Financial has relief from the automatic stay to repossess, sell or exercise any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the U.S. Code as to the following:

     One (1) 2018 Hyundai Santa Fe, VIN 5XYZT3LBXJG531800

     The Debtor's attorney and Trustee have approved this order as indicated below.

### ###END OF ORDER###

Approved By:


/s/ Robert J. Fehse
_____
Robert J. Fehse (document preparer)
Attorney for Prestige Financial
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120


/s/ Paul D. Esco
_____
Paul D. Esco
Attorney for Debtor
2800 Zelda Road, Suite 200-7
Montgomery, AL 36106

/s/ Sabrina L. McKinney
_____
Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
334-262-8371